# Court of Appeals
# of the State of Georgia

ATLANTA, January 29, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0230. DAVID E. KING v. THE STATE.**

In 1973, David E. King pled guilty to kidnapping and rape. In March 2015, he filed a motion for out-of-time appeal, which the trial court denied. King then filed this timely application for discretionary appeal.

The denial of a motion for an out-of-time appeal is directly appealable. See *Lunsford v. State*, 237 Ga. App. 696 (515 SE2d 198) (1999); see also *Wetherington v. State*, 296 Ga. 451 (769 SE2d 53) (2015) (addressing merits of direct appeal from denial of motion for out-of-time appeal following guilty plea). Accordingly, this application for discretionary appeal is hereby GRANTED pursuant to OCGA § 5-6-35 (j). King shall have ten days from the date of this order to file his notice of appeal in the trial court. OCGA § 5-6-35 (g). The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 01/29/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*